IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL A. SVEUM,

    Petitioner,                                        JUDGMENT IN A CIVIL CASE

v.                                                      Case No. 12-cv-808-wmc

JEFFREY PUGH, Warden,
Stanley Correctional Institution,

    Respondent.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent denying Michael A. Sveum's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and dismissing this case with prejudice.

    /s/                                                                   2/4/2015

Peter Oppeneer, Clerk of Court                        Date