

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

MICHAEL A. SVEUM,

    Petitioner,

v.

JEFFREY PUGH, Warden,

    Respondent.

Case No. 12-cv-808-wmc

NOTICE OF APPEAL

---

Notice is hereby given that Michael A. Sveum, petitioner in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from an order denying a petition under 28 U.S.C. § 2254 for a writ of habeas corpus entered in this action on the 4th day of February, 2015.

*Michael A. Sveum*
Michael A. Sveum
Pro se

Michael A. Sveum  #234540
Fox Lake Correctional Institution
P.O. Box 200
Fox Lake, WI. 53933-0200